■ James Cecire et al., as Trustees of the Seafarers Vacation Plan, Respondents, v. Richard E. Stewart, as Superintendent of Insurance of the State of New York, Appellant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.